UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Crim. No. 14CR02007-JM |
| | ) | |
| Plaintiff, | ) | JUDGMENT AND ORDER GRANTING |
| | ) | MOTION TO DISMISS |
| | ) | THE INDICTMENT WITHOUT PREJUDICE |
| v. | ) | |
| | ) | |
| JOSE MORALES-MEDINA, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Government's Motion to Dismiss the Indictment (Docket No. 46), IT IS HEREBY ORDERED that the indictment against JOSE MORALES-MEDINA in the above-captioned matter be dismissed without prejudice.

IT IS SO ORDERED.

DATED: January 30, 2015

_____
JEFFREY T. MILLER
United States District Judge

1